09-3312-pr
*Bellamy v. Mount Vernon Hospital*

**UNITED STATES COURT OF APPEALS**
**FOR THE SECOND CIRCUIT**

**SUMMARY ORDER**

RULINGS BY SUMMARY ORDER DO NOT HAVE PRECEDENTIAL EFFECT. CITATION TO A SUMMARY ORDER FILED ON OR AFTER JANUARY 1, 2007, IS PERMITTED AND IS GOVERNED BY FEDERAL RULE OF APPELLATE PROCEDURE 32.1 AND THIS COURT'S LOCAL RULE 32.1.1. WHEN CITING A SUMMARY ORDER IN A DOCUMENT FILED WITH THIS COURT, A PARTY MUST CITE EITHER THE FEDERAL APPENDIX OR AN ELECTRONIC DATABASE (WITH THE NOTATION "SUMMARY ORDER"). A PARTY CITING A SUMMARY ORDER MUST SERVE A COPY OF IT ON ANY PARTY NOT REPRESENTED BY COUNSEL.

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 21st day of July, two thousand and ten.

PRESENT: RICHARD C. WESLEY,
         PETER W. HALL,
               *Circuit Judges*,
         RICHARD W. GOLDBERG,
               *Judge*.*

---

JEROME BELLAMY,

               *Plaintiff-Appellant*,

     -v.-                       09-3312-pr

MOUNT VERNON HOSPITAL, Urologist, Doctor name unknown at this time, M. JANIS, NYS DEPARTMENT OF CORRECTIONS, DR. J. PERELI, DR. LESTER WRIGHT,

               *Defendants-Appellees.*

---

FOR APPELLANT:     JEROME BELLAMY, *pro se*, Alden, NY.

---

       * The Honorable Richard W. Goldberg, Judge, United States Court of International Trade, sitting by designation.

1

FOR APPELLEES:     EDWARD J. GUARDARO, JR., TERENCE S. REYNOLDS, Barlett McDonough Bastone & Monaghan LLP, White Plains, NY, *for defendant-appellee Mount Vernon Hospital*; RICHARD O. JACKSON, Assistant Solicitor General of Counsel, (Andrew M. Cuomo, Attorney General of the State of New York, Barbara D. Underwood, Solicitor General, Michael S. Belohavek, Senior Counsel, *on the brief*), New York, NY, *for defendant-appellees the State Defendants.*

Appeal from the United States District Court for the Southern District of New York (Scheindlin, *J.*).

**UPON DUE CONSIDERATION, IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the judgment of the district court be **AFFIRMED.**

Appellant Jerome Bellamy ("appellant"), *pro se* and incarcerated, appeals from a judgment of the United States District Court for the Southern District of New York (Scheindlin, *J.*), granting the motions of Mount Vernon Hospital and the State Defendants[**] for summary judgment. Appellant commenced this action by asserting claims under, *inter alia*, the Eighth and Fourteenth Amendments for

---

[**] The "State Defendants" consist of the New York State Department of Correctional Services ("DOCS"); Dr. Lester Wright, Chief Medical Officer for DOCS; Dr. Marc Janis; and Dr. J. Pereli.

2

deliberate indifference to his serious medical needs and failure to provide medical information. He sought a permanent injunction against the State Defendants. In August of 2008, the district court granted the motions of Mount Vernon Hospital and Dr. Janis for summary judgment. In June of 2009, the district court granted the motions of the DOCS and Dr. Wright for summary judgment. Dr. Pereli was dismissed from the case by the district court pursuant to Fed. R. Civ. P. 4(m).

We review orders granting summary judgment *de novo* and focus on whether the district court properly concluded that there was no genuine issue as to any material fact and that the moving party was entitled to judgment as a matter of law. *See Miller v. Wolpoff & Abramson, L.L.P.*, 321 F.3d 292, 300 (2d Cir. 2003). In determining whether there are genuine issues of material fact, we are "required to resolve all ambiguities and draw all permissible factual inferences in favor of the party against whom summary judgment is sought." *Terry v. Ashcroft*, 336 F.3d 128, 137 (2d Cir. 2003) (internal quotation marks omitted). We review a district court's dismissal pursuant to Federal Rule of Civil Procedure 4(m) for abuse of discretion. *See Zapata v. City of N.Y.*, 502 F.3d 192, 195 (2d Cir. 2007).

3

Construing, as we must, all of the facts in appellant's favor, we conclude after an exhaustive review of the record that the district court properly granted summary judgment to the defendants. Accordingly, we affirm the district court's judgment for substantially the same reasons as articulated by that court in its orders of August of 2008 and June of 2009. Additionally, we cannot say that the court abused its discretion in dismissing Dr. Pereli from the case for failure to serve process. *See* Fed. R. Civ. P. 4(m). We have considered all of appellant's remaining arguments and find them to be without merit.

For the foregoing reasons, the judgment of the district court is hereby **AFFIRMED**.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk

4